AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**FRANCISCO MARRERO**
PDID: xxx-xxx
DOB: xx/xx/46

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __FEBRUARY 22, 2006__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant(s) did, (Track Statutory Language of Offense)

**having been convicted of a crime punishable by imprisonment for a term exceeding one year, ship and transport in interstate and foreign commerce, and possess in and affecting commerce, a firearm and ammunition, and did receive a firearm and ammunition which had been shipped and transported in interstate and foreign commerce, that is a loaded H & R Arms, Young America .22 caliber Revolver ammunition.**

in violation of Title __18__ United States Code, Section(s) __922(g)(1)__.

I further state that I am __OFFICER ANDREW ZABAVSKY__ and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

Signature of Complainant
**OFFICER ANDREW ZABAVSKY**
METROPOLITAN POLICE DEPARTMENT

Sworn to before me and subscribed in my presence,

_____ at    __Washington, D.C.__
Date                                                                                      City and State

_____         _____
**Name & Title of Judicial Officer**                    **Signature of Judicial Officer**