**STATEMENT OF FACTS**

On Wednesday, February 22, 2006, at about 10:38 p.m., sworn officers of the Metropolitan Police Department's Third District responded to the radio run for an aggravated assault at 13th and Girard Streets, N.W., Washington, D.C. where they observed the defendant, Francisco Marrero. The defendant was observed by officers sliding his hands in and out of his pocket and a handgun fell out of his pocket onto the sidewalk. Immediately after the weapon falls to the ground, the police recover it and place the defendant under arrest. The gun is a H & R Arms, Young America .22 caliber Revolver. It had five live .22 caliber rounds in the cylinder and one spent shell casing.

In the course of preparing the statement of facts in support of this complaint, the undersigned officer reviewed computerized records of defendant's criminal history. These records showed that defendant previously has been convicted of a crime punishable by imprisonment for a term exceeding one year. The undersigned officer initialed the page of the records that showed this conviction so that he could recognize it again in the future. To the best of this officer's knowledge, neither the weapon taken from defendant nor the ammunition in it was manufactured in the District of Columbia.

_____
OFFICER ANDREW ZABAVSKY
METROPOLITAN POLICE DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME
ON THIS ____ DAY OF FEBRUARY, 2006

_____
U.S. MAGISTRATE JUDGE