UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

Mag. ~~Crim.~~ No. 06-78 (JMF)

FRANCESCO MARRERO,

Defendant.

FILED

MAR 0 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### DETENTION MEMORANDUM

After a hearing, I found probable cause to believe that the defendant, who has been convicted of a felony, had a firearm in his possession. The government's case is overwhelming. The police, responding to a radio run about a fight on a street corner, encountered the defendant who was jiggling the change in his pockets. At one point, a loaded gun fell out of the pocket.

The defendant is from Cuba and the Bureau of Immigration and Customs Enforcement has filed a detainer against him until it can ascertain whether the defendant is in this country legally. While the existence of the detainer renders the question of his release moot, I also note that the defendant has no fixed address in the District of Columbia, although relatives have offered to take him in. His criminal record shows arrests in three Southern states and his presence in the District of Columbia seems to be recent; he is said to move around to find work. All of this convinces me that the defendant presents such a significant risk of flight that I would impose bail if it should ever occur that the detainer is lifted. In the meanwhile, I will hold him pending the result of the investigation by the Bureau of Immigration and Customs Enforcement.

_/s/ John M. Facciola_
John M. Facciola
United States Magistrate Judge

March 6, 2006