UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : MAGISTRATE NO. 06-0078M-01 (CR) |
| FRANCISCO MARRERO, | : |

**FILED**
MAR 2 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DISMISSAL

The United States, by its attorney, the United States Attorney for the District of Columbia, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby requests leave of Court to dismiss the above-captioned case, without prejudice, and order the forthwith release and discharge of the above-named defendant on these charges.

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
Bar No. 451-058

BY: _____
ABBY STAVITSKY
ASSISTANT UNITED STATES ATTORNEY
Bar No. 421-015
Federal Major Crimes Section
555 4th Street, N.W., Room 4645
Washington, D.C. 20530
(202) 353-8829

APPROVED AND GRANTED THIS 21
DAY OF mar , 2006.

_____
UNITED STATES MAGISTRATE JUDGE